

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00300-CV

**IN THE INTEREST OF H.B.C.**, S.C.C., and A.S.C., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01024
Honorable H. Paul Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs. No costs of court are taxed in this appeal.

SIGNED August 21, 2019.

_____
Patricia O. Alvarez, Justice